AWERKAMP & BONILLA, PLC
6891 N. Oracle Rd., Suite 155
Tucson, AZ 85704-4287
(520) 798-5282

Don Awerkamp (SBN 007572)
da@abdilaw.com
Ivelisse Bonilla (SBN 023594)
ib@abdilaw.com
Shannon Giles (SBN 018786)
sg@abdilaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Imelda Cuyugan, | No. 4:15-cv-00260-TUC-RCC |
| Plaintiff, | **NOTICE OF SERVICE** |
| vs. | |
| Pima Community College District, Lee Lambert, in his personal capacity | |
| Defendants. | |

Plaintiff, Imelda Cuyugan, hereby gives notice that on November 12, 2015, she served on the following party via first-class U.S. mail "*Plaintiff's First Request for Production of Documents and Electronically Stored Information*," and "*Plaintiff's First Set of Non-Uniform Interrogatories to Defendants*":

> Georgia A. Staton
> Elizabeth A. Gilbert
> JONES, SKELTON & HOCHULI, P.L.C.
> 2901 N. Central Avenue, Suite 800
> Phoenix, AZ 85012

//
//

RESPECTFULLY SUBMITTED this 12th day of November, 2015.

AWERKAMP & BONILLA, PLC


By /s/ Shannon Giles
Ivelisse Bonilla
Shannon Giles
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of the same to any non-registrants this 12th day of November, 2015.

/s/ Shannon Giles

Georgia A. Staton
Elizabeth A. Gilbert
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Avenue, Suite 800
Phoenix, AZ 85012
  *Attorneys for Defendants*